## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Eastern       Division

In re:

       Corey Demeco Robertson

       Veronica Bostic-Robertson           Case No.: 18-30231-KLP

           Debtor(s)                Chapter 7

3100 Pinetree Drive K2
Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)  0574 and 0268

### NOTICE OF MOTION (OR OBJECTION)

Debtor, by counsel, has filed papers with the court to Voluntarily Dismiss their Chapter 7 Bankruptcy
Case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your
attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish
to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want the
court to consider your views on the motion (or objection), then or before January 31, 2018 **(14 days)** ,
you or your attorney must:

☑   File with the court, at the address shown below, a written request for a hearing [or a written
     response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing
     (or response) to the court for filing, you must mail it early enough so the court will **receive** it
     on or before the date stated above.

                   Clerk of Court
                   United States Bankruptcy Court
                   701 E. Broad St.
                   Richmond, VA 23219

     You must also mail a copy to:

                   Brian K. Stevens
                   America Law Group, Inc.
                   2312 Boulevard
                   Colonial Heights, VA 23834

☐   Attend a hearing to be scheduled at a later date.  You will receive a separate notice of
hearing.  **If no timely response has been filed opposing the relief requested, the court
may grant the relief without holding a hearing.**

X   Attend the hearing on the motion (o  r objection) scheduled to be held on February 7, 2018
at 10:00am at the United States Bankruptcy Court,
    701 E. Broad St, Courtroom 5100, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the
relief sought in the motion or objection and may enter an order granting that relief.

Date: January 18, 2018                          /s/ Brian K. Stevens_____
                                                Brian K. Stevens, Esq
                                                America Law Group, Inc.
                                                2312 Boulevard
                                                Colonial Heights, VA 23834
                                                Ph: 804-520-2428
                                                VA State Bar No: 25974
                                                Counsel for Debtor

                          Certificate of Service

I hereby certify that I have this January 17, 2018 sent by ECF Transmission, mailed or hand-
delivered a true copy of the foregoing Notice of Motion to the Chapter 7 Trustee, Bruce E.
Robinson, and the parties listed on the attached service list.

                                          /s/ Brian K. Stevens_____
                                          Counsel for Debtor

List of Creditors

**AMDC Physicians**
110 Dunlop Village Circle
Colonial Heights, VA 23834-0000

**American Med. Collection Agcy.**
P.O. Box 1235
Elmsford, NY 10523-0000

**Animas Corp.**
200 Lawrence Dr. West
West Chester, PA 19380-0000

**Appomattox Imaging**

P.O. Box 100428
Atlanta, GA 30384-0000

**Benevis Practice Systems**
1090 Northchase Parkway SE
Suite 290
Marietta, GA 30067-0000

**Bon Secours Richmond Health**
P.O. Box 843356
Boston, MA 02284-0000

**Brock & Scott, PLLC**
1315 Westbrook Plaza Drive
Winston Salem, NC 27103-0000

**Caldwell Pediatrics**
2035 Waterside Road
Prince George, VA 23875-0000

**Care Diabetes & Endocrinology**
ATTN #18118C
P.O. Box 14000
Belfast, ME 04915-0000

**Cash Net USA**
175 West Jackson
Suite 1000
Chicago, IL 60604-0000

**Central Credit Service**
P.O. Box 390915
Minneapolis, MN 55439-0000

**CJW Medical Center**
P.O. Box 740760
Cincinnati, OH 45274-0000

**Colonial Orthopaedics**
ATTN # 15343W
P.O. Box 14000
Belfast, ME 04915-0000

**Credit Adjustment Board, Inc.**
8002 Discovery Drive
Suite 311
Henrico, VA 23229-0000

**Dr. George & Puthomana**
215 Temple Avenue
Colonial Heights, VA 23834-0000

**Durham & Durham, LLP**
5665 New Northside Drive
Suite 510
Atlanta, GA 30328-0000

**Equiant Financial Svcs**
5401 N Pima Rd Ste 150
Scottsdale, AZ 85250-0000

**Fingerhut**
Bankruptcy Dept
6250 Ridgewood Rd
Saint Cloud, MN 56303-0000

**First Nat'l Collection Bureau**
610 Waltham Way
Sparks, NV 89434-0000

**Focused Recovery Solutions**
9701-Metropolitan Ct
Ste B
Richmond, VA 23236-0000

**Gilliam Law Group**
7821 Iron Bridge Road
Richmond, VA 23237-0000

**Greenberg & Assoc.**
205 Chesterfield Avenue
Colonial Heights, VA 23834-0000

**Int'l Pain & Spine Specialist**
12230 Branders Creek Drive
Chester, VA 23831-0000

**James River Emergency Group**
1401 Johnston Willis Drive
Richmond, VA 23235-0000

**Kings Creek Plantation**
191 Cottage Cove Lane
Williamsburg, VA 23185-0000

**Kool Smiles**

400 C Southpark Blvd.
Colonial Heights, VA 23834-0000

**Laboratory Corp. of America**
P.O. Box 2240
Burlington, NC 27216-0000

**Marcus B. Buskill DDS**
200 Allegheny Street
P.O. Box 880
Richlands, VA 24641-0000

**Masseys**
P.O. Box 2822
Monroe, WI 53566-0000

**MCV Physicans**
1601 Willow Lawn Drive
Suite 275
Richmond, VA 23230-0000

**Medical Data Systems Inc**
Mds
2001 9th Ave Ste 312
Vero beach, FL 32960-0000

**Medical Revenue Service**
7213 Aberfeldy Way
Sacramento, CA 95842-0000

**Meridian Financial Svc**
P.o. Box 1410
Asheville, NC 28802-0000

**Miramed Revenue Group**
991 Oak Creek Dr
Lombard, IL 60148-0000

**National Credit Adjusters**
P.O. Box 3023
327 W. 4th Street
Hutchinson, KS 67504-0000

**Newsome Law Office, PLLC**
324 South Main Street
Emporia, VA 23847-0000

**OneMain Financial**

Attn: Bankruptcy Department
601 Nw 2nd St #300
Evansville, IN 47708-0000

**OrthoVirginia**
P.O. Box 17047
Baltimore, MD 21297-0000

**Parrish & Lebar, LLP**
Attorneys at Law
5 East Franklin Street
Richmond, VA 23219-0000

**Patient First**
P.O. Box 758941
Baltimore, MD 21275-0000

**Payments MD**
P. O. Box 3475
Toledo, OH 43607-0000

**Peoples Advantage Fcu**
110 Wagner Rd
Petersburg, VA 23805-0000

**Personal Foot Care**
2020 Wakefield Avenue
Petersburg, VA 23805-0000

**Petersburg Public Library**
201 W. Washington Street
Petersburg, VA 23803-0000

**Phoenix Financial Service**
P.O. Box 361450
Indianapolis, IN 46236-0000

**Phoenix Financial Services. Llc**
Po Box 361450
Indianapolis, IN 46236-0000

**Plain Green Loans**
93 Mack Rd Ste 600
Po Box 270
Box Elder, MT 59521-0000

**Radiology Assoc. of Richmond**
P.O. Box 79923

Baltimore, MD 21279-0000

**Receivable Management Inc**
7206 Hull Rd
Ste 211
Richmond, VA 23235-0000

**Receivables Mgmt. Systems**
P.O. Box 8630
Richmond, VA 23226-0000

**Social Security Administration**
Southeastern Prog.Svc. Center
1200 Rev. Abraham Woods Jr. Bl
Birmingham, AL 35285-0000

**Southside Pediatric**
34 F Medical Park Blvd.
Petersburg, VA 23805-0000

**Southside Regional Med Ctr**
P.O. Box 501128
Saint Louis, MO 63150-0000

**Southside VA Emergency**
425 Graham Road
Petersburg, VA 23805-0000

**St. Francis Medical Center**
Attn: Transaction Posting
P.O. Box 404976
Atlanta, GA 30384-0000

**TekCollect Inc**
Po Box 1269
Columbus, OH 43216-0000

**The Rahman Group**
8002 Discovery Drive
Suite 311-A
Henrico, VA 23229-0000

**United Consumers, Inc.**
14205 Telegraph Road
2nd Floor
Woodbridge, VA 22192-0000

**Virginia Emergency Group**

Mailstop: 42643574
P.O. Box 660827
Dallas, TX 75266-0000

**Virginia Medical Group**
2905 Boulevard
Colonial Heights, VA 23834-0000

**Virginia South Psychiatric**
269 Medical Park Blvd.
Petersburg, VA 23805-0000

**Waypoint Resource Group**
301 Sundance Parkway
Round Rock, TX 78681-0000

**Wells Fargo**
3360 S. Crater Road
Petersburg, VA 23805-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                          )
                                                )
        Corey Demeco Robertson.                 )
        Veronica Bostic-Robertson               )
                                                )        Case No.:  18-30231-KLP
                                                )
        Debtor                                  )

DEBTOR'S MOTION TO
DISMISS CHAPTER 7 CASE

The Debtor, pursuant to 11 USC Section 707, hereby elects to dismiss the above-captioned chapter 7 case.  The Debtors are entitled to dismiss the case because:

1. This case, filed on January 16, 2018, is a case under chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code.

3. The Debtor's case was inadvertently filed twice due to Attorney error, the Debtors in this case also being the same Debtors in Case No. 18-30230-KRH.

4. The filing fee for this case has not been paid, and has been cleared by the Bankruptcy Court.

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN FOURTEEN (14) DAYS OF SERVICE OF THIS MOTION TO DISMISS THE CHAPTER 7 CASE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Corey Demeco Robertson

Veronica Bostic-Robertson

/s/ Brian K. Stevens
Counsel for Debtor

## CERTIFICATE of SERVICE

      I certify that on January 17, 2018 a true and exact copy of the foregoing Notice of Motion and Motion to Dismiss Chapter 7 Case was either mailed or sent by electronic means to the U.S. Trustee, 701 E. Broad St, Suite 4000, Richmond, VA, the Chapter 7 Trustee, Bruce E. Robinson,  and to all creditors on the attached matrix.

                            /s/ Brian K. Stevens
                            Brian K. Stevens, Esquire

List of Creditors:

**AMDC Physicians**
110 Dunlop Village Circle
Colonial Heights, VA 23834-0000

**American Med. Collection Agcy.**
P.O. Box 1235
Elmsford, NY 10523-0000

**Animas Corp.**
200 Lawrence Dr. West
West Chester, PA 19380-0000

**Appomattox Imaging**
P.O. Box 100428
Atlanta, GA 30384-0000

**Benevis Practice Systems**
1090 Northchase Parkway SE
Suite 290
Marietta, GA 30067-0000

**Bon Secours Richmond Health**
P.O. Box 843356
Boston, MA 02284-0000

**Brock & Scott, PLLC**
1315 Westbrook Plaza Drive
Winston Salem, NC 27103-0000

**Caldwell Pediatrics**
2035 Waterside Road
Prince George, VA 23875-0000

**Care Diabetes & Endocrinology**
ATTN #18118C
P.O. Box 14000
Belfast, ME 04915-0000

**Cash Net USA**
175 West Jackson
Suite 1000
Chicago, IL 60604-0000

**Central Credit Service**
P.O. Box 390915
Minneapolis, MN 55439-0000

**CJW Medical Center**
P.O. Box 740760
Cincinnati, OH 45274-0000

**Colonial Orthopaedics**
ATTN # 15343W
P.O. Box 14000
Belfast, ME 04915-0000

**Credit Adjustment Board, Inc.**
8002 Discovery Drive
Suite 311
Henrico, VA 23229-0000

**Dr. George & Puthomana**
215 Temple Avenue
Colonial Heights, VA 23834-0000

**Durham & Durham, LLP**
5665 New Northside Drive
Suite 510
Atlanta, GA 30328-0000

**Equiant Financial Svcs**
5401 N Pima Rd Ste 150
Scottsdale, AZ 85250-0000

**Fingerhut**
Bankruptcy Dept
6250 Ridgewood Rd
Saint Cloud, MN 56303-0000

**First Nat'l Collection Bureau**
610 Waltham Way

Sparks, NV 89434-0000

**Focused Recovery Solutions**
9701-Metropolitan Ct
Ste B
Richmond, VA 23236-0000

**Gilliam Law Group**
7821 Iron Bridge Road
Richmond, VA 23237-0000

**Greenberg & Assoc.**
205 Chesterfield Avenue
Colonial Heights, VA 23834-0000

**Int'l Pain & Spine Specialist**
12230 Branders Creek Drive
Chester, VA 23831-0000

**James River Emergency Group**
1401 Johnston Willis Drive
Richmond, VA 23235-0000

**Kings Creek Plantation**
191 Cottage Cove Lane
Williamsburg, VA 23185-0000

**Kool Smiles**
400 C Southpark Blvd.
Colonial Heights, VA 23834-0000

**Laboratory Corp. of America**
P.O. Box 2240
Burlington, NC 27216-0000

**Marcus B. Buskill DDS**
200 Allegheny Street
P.O. Box 880
Richlands, VA 24641-0000

**Masseys**
P.O. Box 2822
Monroe, WI 53566-0000

**MCV Physicans**
1601 Willow Lawn Drive
Suite 275
Richmond, VA 23230-0000

**Medical Data Systems Inc**
Mds
2001 9th Ave Ste 312
Vero beach, FL 32960-0000

**Medical Revenue Service**
7213 Aberfeldy Way
Sacramento, CA 95842-0000

**Meridian Financial Svc**
P.o. Box 1410
Asheville, NC 28802-0000

**Miramed Revenue Group**
991 Oak Creek Dr
Lombard, IL 60148-0000

**National Credit Adjusters**
P.O. Box 3023
327 W. 4th Street
Hutchinson, KS 67504-0000

**Newsome Law Office, PLLC**
324 South Main Street
Emporia, VA 23847-0000

**OneMain Financial**
Attn: Bankruptcy Department
601 Nw 2nd St #300
Evansville, IN 47708-0000

**OrthoVirginia**
P.O. Box 17047
Baltimore, MD 21297-0000

**Parrish & Lebar, LLP**
Attorneys at Law
5 East Franklin Street
Richmond, VA 23219-0000

**Patient First**
P.O. Box 758941
Baltimore, MD 21275-0000

**Payments MD**
P. O. Box 3475
Toledo, OH 43607-0000

**Peoples Advantage Fcu**
110 Wagner Rd
Petersburg, VA 23805-0000

**Personal Foot Care**
2020 Wakefield Avenue
Petersburg, VA 23805-0000

**Petersburg Public Library**
201 W. Washington Street
Petersburg, VA 23803-0000

**Phoenix Financial Service**
P.O. Box 361450
Indianapolis, IN 46236-0000

**Phoenix Financial Services. Llc**
Po Box 361450
Indianapolis, IN 46236-0000

**Plain Green Loans**
93 Mack Rd Ste 600
Po Box 270
Box Elder, MT 59521-0000

**Radiology Assoc. of Richmond**
P.O. Box 79923
Baltimore, MD 21279-0000

**Receivable Management Inc**
7206 Hull Rd
Ste 211
Richmond, VA 23235-0000

**Receivables Mgmt. Systems**
P.O. Box 8630
Richmond, VA 23226-0000

**Social Security Administration**
Southeastern Prog.Svc. Center
1200 Rev. Abraham Woods Jr. Bl
Birmingham, AL 35285-0000

**Southside Pediatric**
34 F Medical Park Blvd.
Petersburg, VA 23805-0000

**Southside Regional Med Ctr**

P.O. Box 501128
Saint Louis, MO 63150-0000

**Southside VA Emergency**
425 Graham Road
Petersburg, VA 23805-0000

**St. Francis Medical Center**
Attn: Transaction Posting
P.O. Box 404976
Atlanta, GA 30384-0000

**TekCollect Inc**
Po Box 1269
Columbus, OH 43216-0000

**The Rahman Group**
8002 Discovery Drive
Suite 311-A
Henrico, VA 23229-0000

**United Consumers, Inc.**
14205 Telegraph Road
2nd Floor
Woodbridge, VA 22192-0000

**Virginia Emergency Group**
Mailstop: 42643574
P.O. Box 660827
Dallas, TX 75266-0000

**Virginia Medical Group**
2905 Boulevard
Colonial Heights, VA 23834-0000

**Virginia South Psychiatric**
269 Medical Park Blvd.
Petersburg, VA 23805-0000

**Waypoint Resource Group**
301 Sundance Parkway
Round Rock, TX 78681-0000

**Wells Fargo**
3360 S. Crater Road
Petersburg, VA 23805-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                              )
                                    )
Corey Demeco Robertson.             )
Veronica Bostic-Robertson           )          Case No: 18-30231-KLP
                                    )          Chapter 7
        Debtor(s)                   )

## PROPOSED ORDER

This cause came to be heard upon the motion of Corey Demeco Robertson and

Veronica Bostic-Robertson ("Debtors") to dismiss this Chapter 7 Case.

It appearing to the court that Debtor is entitled to Dismiss this Chapter 7 Case, it is

hereby

ADJUDGED, ORDERED and DECREED that the Motion of Debtor to Dismiss this

Chapter 7 Case is hereby granted.

_____
US Bankruptcy Judge

Date: _____

I ASK FOR THIS:
/s/ Brian K. Stevens
Brian K. Stevens
America Law Group, Inc.
2312 Boulevard.
Colonial Heights, VA 23834
Virginia State Bar No. 25974

CERTIFICATE OF ENDORSEMENT
Pursuant to Local Rule 9022-1(c)(1), the undersigned hereby certifies that this Order has been
endorsed by all the necessary parties.            /s/ Brian K. Stevens____

Counsel for Debtor(s), VSB #25974
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834